# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOROND ALFRED BRAY,

    Defendant.

Case No. CR10-349-JLR

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 24, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Francis Franze-Nakamura, and defendant was represented by Kyana Stephens. Also present was U.S. Probation Officer Sarah Johnson. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on February 7. 2002, in the Eastern District of Washington by the Honorable Edward F. Shea for Carrying a Firearm During and In Relation to a Crime of violence, Armed Bank Robbery, and Armed Credit Union Robbery. He received 120 months detention and 5 years of supervised release.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

On November 22, 2010, jurisdiction of this case was transferred from the Eastern District of Washington to the Western District of Washington.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated August 18, 2011, Assistant Chief U.S. Probation Officer Timothy Manion alleged that defendant violated the following conditions of supervised release:

1. Failing to appear for drug testing on or about April 28, 2011, in violation of condition number 24.

2. Using of controlled substance, marijuana, on or before April 5, 2011, in violation of condition number 24.

3. Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer as required by condition number 11.

4. Committing the crime of Assault on or about May 17, 2011, in violation of the condition of supervision that he not commit another federal, state, or local crime.

5. Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer as required by condition number 11.

6. Failing to submit monthly report forms for the months of April, May, June, and July 2011 in violation of condition number 2.

7. Failing to report to the probation office on August 16, 2011, as instructed violation of condition number 2.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

The parties stipulated to amend violation number 5 to Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer on July 11, 2011. Defendant admitted the above violations, waived any hearing as to whether they occurred, and

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2

was informed the matter would be set for a disposition hearing on September 7, 2011 at 11:00 a.m. before District Judge Marsha J. Pechman.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 24th day of August, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge